LOCAL NO. 373 OF THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND ORNAMENTAL IRONWORKERS, et al., complainants-respondents, cross-appellants,

*v.*

INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND ORNAMENTAL IRONWORKERS, et al., defendants-appellants, cross-respondents.

[Decided April 24th, 1936.]

228

230

232

*Mr. Norbury C. Murray,* for the complainants-respondents, cross-appellants.

*Mr. Andrew F. Zazzali,* for the defendants-appellants, cross-respondents.

*Mr. John J. Lenehan,* for the receiver.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion of Vice-Chancellor Buchanan in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.